Brian D. Lee
Jennifer Rygiel-Boyd
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
(973) 656-1600
brian.lee@odnss.com
jennifer.rygiel-boyd@odnss.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------

| | | |
|---|---|---|
| EDWARD McCARTHY, | : | Hon. _____ |
| | : | Case No. _____ |
| Plaintiff, | : | |
| | : | *Civil Action* |
| v. | : | |
| | : | **LOCAL RULE 11.2** |
| TYCO INTERNATIONAL, LTD.; TYCO | : | **DISCLOSURE STATEMENT** |
| INTERNATIONAL, (US) INC.; | : | |
| SIMPLEXGRINNELL, L.P.; JOHN DOES | : | |
| 1-10 (fictitious names); and ABC CORPS 1- | : | |
| 5 (fictitious entities), jointly and severally, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------  :

Pursuant to Local Rule 11.2, the undersigned counsel, on behalf of defendants Tyco International, Ltd., Tyco International, (US), Inc., and SimplexGrinnell, L.P., certifies that the matter in controversy in the above referenced matter is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendants

Dated: September 18, 2008                By:    /s Jennifer Rygiel-Boyd

## CERTIFICATE OF SERVICE

I hereby certify that, on September 18, 2008, the following document:

## LOCAL RULE 11.2 DISCLOSURE STATEMENT

was filed with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure, and/or the District of New Jersey's Local Rules and/or the District of New Jersey's Rules on Electronic Service.  The above listed document is available for viewing and downloading from the ECF system.

I also served the above referenced document on plaintiff, by FedEx – overnight delivery, sent to her attorneys of record at their last known address as follows:

    Kimberly A. Bacen, Esq.
    BELL & HASSING
    150 Mineral Springs Drive
    P.O. Box 220
    Rockaway, New Jersey 07866
    Attorneys for Plaintiff Edward McCarthy

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 18, 2008                    By: s/ Jennifer Rygiel-Boyd